UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

FILED
DEC 14 2010

*******************************************************************

| | | |
|---|---|---|
| RYAN C. JACOBSON, an individual, | * * * | CIV. 09-4067 |
| Plaintiff, | * * | |
| vs. | * * | JUDGMENT |
| SANFORD CLINIC; and SANFORD MEDICAL CENTER, d/b/a Sanford USD Medical Center, | * * * * | |
| Defendants. | * * | |

*******************************************************************

The jury having returned its verdict on December 13, 2010, it is hereby ORDERED, ADJUDGED and DECREED that the above-captioned matter be DISMISSED, with prejudice and on the merits, with Plaintiff taking nothing thereunder.

Dated this 14 day of December, 2010.

BY THE COURT:

_John Simko_
John E. Simko
U. S. Magistrate Judge